IN THE UNITED STATED DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICHOLAS CURRAULT, ANDRE' CURRAULT, TROY CURRAULT, LOWER RIVER SHIP SERVICE, LLC, AND SIDNEY FREEMAN<br><br>VERSUS<br><br>AMERICAN RIVER TRANSPORTATION COMPANY, LLC ("ARTCO") d/b/a ARTCO FLEETING SERVICES, *in personam*, and THIRTY-EIGHT ARTCO Barges, and THEIR CARGO, *in rem* | CIVIL ACTION NO.: 2:23-cv-02542<br><br>JUDGE VITTER (D)<br><br>MAGISTRATE ROBY (4)<br><br>ADMIRALTY – Rule 9(h) |

## **NOTICE OF APPEAL**

Notice is hereby given that Defendant, American River Transportation Co, LLC ("ARTCO") hereby appeals according to 28 U.S.C. §1291 to the United States Court of Appeals for the Fifth Circuit from the Final Judgement in this action entered on June 28, 2024 (Rec. Doc. 44), ordering judgment in favor of Plaintiffs and awarding them a salvage award in the amount described therein with pre-judgment and post-judgment interest.

Respectfully submitted,

**McGLINCHEY STAFFORD, PLLC**

<u>/s/Kevin M. Frey</u>
Marcelle Mouledoux (#30339)
Kevin M. Frey (#35133)
Morgan E. Kelley (#38299)
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone (504) 586-1200
Facsimile (504) 596-2800
mmouledoux@mcglinchey.com
kfrey@ mcglinchey.com
mkelley@mcglinchey.com

*Counsel for American River Transportation Co., LLC*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 26, 2024, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all persons electronically noticed.

<u>/s/ Kevin M. Frey</u>